No. 89–6568.   COLEMAN· v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 89–6569.   DILLARD v. OWENS, COMMISSIONER OF CORRECTIONS OF PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–6570.   SUTTON v. MARYLAND ET AL.   C. A. 4th Cir. Certiorari denied.

No. 89–6575.   BARLEY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 89–6578.   SMITHERMAN v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 89–6580.   WEATHERSBY v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 89–6588.   MOTTON v. MANN'S WRECKER SERVICE.   Sup. Ct. Tenn.   Certiorari denied.

No. 89–6590.   HARRIS v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 89–6593.   LAWRENCE v. MOODY, SUPERINTENDENT, WILDWOOD CORRECTIONAL CENTER.   C. A. 9th Cir.   Certiorari denied.

No. 89–6599.   CORN v. KNAUF ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–6601.   POODRY v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–6602.   KIMBERLIN v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 89–6610.   BARNETT v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–6611.   DAVIS v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 89–6612.   GUTIERREZ-GONZALES v. UNITED STATES. C. A. 9th Cir.   Certiorari denied.